IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 01 2016
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: CR 16-341 MCA |
| vs. | ) Count 1: 18 U.S.C. § 13(a), NMSA §§ 66-8-102(B) and 66-8-102(E): Driving Under the Influence (Class B Misdemeanor); |
| **MICHELLE MATTHEWS**, | ) |
| Defendant. | ) Count 2: 18 U.S.C. § 13(a), NMSA §§ 66-7-202, 31-19-1(A): Leaving the Scene of an Accident (Class A Misdemeanor). |

## INFORMATION

The United States Attorney charges:

<u>Count 1</u>:

On or about November 09, 2015, on Kirtland Air Force Base, in Bernalillo County, in the District of New Mexico, and within the special maritime and territorial jurisdiction of the United States, the defendant, **MICHELLE MATTHEWS,** knowingly operated a motor vehicle, and at the time the defendant was under the influence of a drug, that is, as a result of consuming that drug the defendant was less able to the slightest degree, mentally or physically, and both, to exercise the clear judgment and steady hand necessary to handle a vehicle with safety to the person and the public, that drug being Alprazolam.

In violation of 18 U.S.C. § 13(a), NMSA §§ 66-8-102(B) and 66-8-102(E) (Class B Misdemeanor).

1

Count 2:

On or about November 09, 2015, on Kirtland Air Force Base, in Bernalillo County, in the District of New Mexico, and within the special maritime and territorial jurisdiction of the United States, the defendant, **MICHELLE MATTHEWS,** knowingly operated a motor vehicle that was involved in an accident resulting in damage to a driven or attended vehicle, and did not immediately stop at the scene of such accident and remain until completing her duty to give information and render aid in accordance with NMSA § 66-7-203.

In violation of 18 U.S.C. § 13(a), NMSA §§ 66-7-202, 66-7-203, and 31-19-1(A) (Class A Misdemeanor).

DAMON P. MARTINEZ
United States Attorney

PAUL J. MYSLIWIEC
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274